| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>van Meerveld, Janis | 2. Court or Organization<br><br>United States District Court Eastern District of Louisiana | 3. Date of Report<br><br>01/03/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>Full Time Magistrate Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☑ Initial   ☐ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>11/30/2016 |
| 7. Chambers or Office Address<br><br>Hale Boggs Building, Room B345<br>500 Poydras Street<br>New Orleans, LA 70130 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Chair | Boys Hope Girls Hope of New Orleans |
| 2. | Board Member | Susan G. Komen, New Orleans Affiliate |
| 3. | Board Member | Federal Bar Association |
| 4. | Executor | Family Estate |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016 | Adams and Reese 401k Plan. Participant-directed 401k plan with former law firm - where the fund lineup / menu is firm-managed. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 01/03/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Adams and Reese LLP | $176,375.00 |
| 2. 2015 | Adams and Reese LLP | $191,938.00 |
| 3. 2016 | Adams and Reese LLP | $112,567.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Adams and Reese LLP |
| 2. 2015 | Adams and Reese LLP |
| 3. 2016 | Adams and Reese LLP |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 01/03/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 01/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA #1 (H) | | | | | | | | | |
| 2.   -Vanguard 500 Index Adm (VFIAX) | B | Dividend | M | T | | | | | |
| 3.   -American Growth Fund of America F2 (GFFFX) | B | Dividend | M | T | | | | | |
| 4. | D | Distribution | | | | | | | |
| 5.   -American New Perspective F2 (ANWFX) | A | Dividend | L | T | | | | | |
| 6. | C | Distribution | | | | | | | |
| 7.   -Vanguard Dividend Appreciation (VIG) | C | Dividend | L | T | | | | | |
| 8.   -Fidelity Advisor New Insights I (FINSX) | C | Distribution | L | T | | | | | |
| 9. | A | Dividend | | | | | | | |
| 10.  -Vanguard All World Ex-US (VEU) | A | Dividend | K | T | | | | | |
| 11.  -Vanguard MidCap Value Index (VOE) | A | Dividend | K | T | | | | | |
| 12.  -Vanguard SmallCap Value (VBR) | A | Dividend | K | T | | | | | |
| 13.  -Fidelity Spartan Emerging Markets Index Advantage (FPMAX) | | None | J | T | | | | | |
| 14.  -Fidelity Government Cash Reserves (FDRXX) | A | Interest | J | T | | | | | |
| 15.  -American Capital World Growth & Income F2 (WGIFX) | B | Dividend | | | | | | | |
| 16. | A | Distribution | | | | | | | |
| 17.  -Diageo ADR (DEO) | A | Dividend | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Exxon (XOM) | B | Dividend | | | | | | | |
| 19. -JNJ | A | Dividend | | | | | | | |
| 20. -Nestle (NSRGY) | B | Dividend | | | | | | | |
| 21. -PepsiCo (PEP) | B | Dividend | | | | | | | |
| 22. Brokerage Account #1 (H) | | | | | | | | | |
| 23. -American Growth Fund of America F2 | B | Dividend | M | T | | | | | |
| 24. | D | Distribution | | | | | | | |
| 25. -Vanguard Dividend Appreciation (VIG) | D | Dividend | M | T | | | | | |
| 26. -American Capital World Growth & Income F2 (WGIFX) | D | Dividend | M | T | | | | | |
| 27. | B | Distribution | | | | | | | |
| 28. -American Income Fund of America F2 (AMEFX) | D | Int./Div. | M | T | | | | | |
| 29. | B | Distribution | | | | | | | |
| 30. -Vanguard Total World (VT) | C | Dividend | M | T | | | | | |
| 31. -Vanguard High Dividend Yield (VYM) | B | Dividend | M | T | | | | | |
| 32. -Vanguard Ltd-Term Tax Exempt Adm (VMLUX) | B | Interest | K | T | | | | | |
| 33. -Vanguard SmallCap Value (VBR) | A | Dividend | K | T | | | | | |
| 34. -Vanguard MidCap Value (VOE) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 01/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Fidelity Spartan Emerging Markets Index Advantage (FPMAX) | | None | K | T | | | | | |
| 36. -Fidelity Cash Fund (FCASH) | A | Interest | J | T | | | | | |
| 37. -Abbot Labs (ABT) | A | Dividend | | | | | | | |
| 38. -Abbvie Inc (ABBV) | A | Dividend | | | | | | | |
| 39. -Chevron Corp (CVX) | B | Dividend | | | | | | | |
| 40. -Diageo ADR (DEO) | A | Dividend | | | | | | | |
| 41. -Exxon (XOM) | B | Dividend | | | | | | | |
| 42. -First Eagle Fund of America (FEAIX) | A | Dividend | | | | | | | |
| 43. | B | Distribution | | | | | | | |
| 44. -Intel Corp (INTC) | A | Dividend | | | | | | | |
| 45. -JNJ | B | Dividend | | | | | | | |
| 46. -Procter & Gamble (PG) | A | Dividend | | | | | | | |
| 47. -Vanguard Total World Stock Index (VTWSX) | A | Dividend | | | | | | | |
| 48. Brokerage Account #2 (H) | | | | | | | | | |
| 49. -Vanguard Dividend Appreciation (VIG) | D | Dividend | M | T | | | | | |
| 50. -Fidelity Advisor New Insights I (FINSX) | A | Dividend | M | T | | | | | |
| 51. | C | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 01/03/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -American Growth Fund of America F2 (GFFFX) | A | Dividend | L | T | | | | | |
| 53. | D | Distribution | | | | | | | |
| 54. -Hartford Global Capital Appreciation (HCTYX) | B | Dividend | L | T | | | | | |
| 55. | C | Distribution | | | | | | | |
| 56. -Vanguard All-World ex-US (VEU) | A | Dividend | K | T | | | | | |
| 57. -Vanguard Ltd-Term Tax Exempt Adm (VMLUX) | A | Interest | K | T | | | | | |
| 58. -Fidelity Spartan Emerging Markets Index Advantage (FPMAX) | | None | J | T | | | | | |
| 59. -Vanguard MidCap Value (VOE) | A | Dividend | J | T | | | | | |
| 60. -Vanguard SmallCap Value (VBR) | A | Dividend | J | T | | | | | |
| 61. -Fidelity Cash Fund (FCASH) | A | Interest | J | T | | | | | |
| 62. -Intel Corp (INTC) | A | Dividend | | | | | | | |
| 63. -Abbot Labs (ABT) | A | Dividend | | | | | | | |
| 64. -Abbvie (ABBV) | A | Dividend | | | | | | | |
| 65. -First Eagle Fund of America (FEAIX) | A | Dividend | | | | | | | |
| 66. | B | Distribution | | | | | | | |
| 67. -iShares EAFE (IEFA) | A | Dividend | | | | | | | |
| 68. -Procter & Gamble (PG) | B | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 01/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA #2 (H) | | | | | | | | | |
| 70. -Fidelity Total Stock Market Index Premium (FSTVX) | | None | K | T | | | | | |
| 71. -Vanguard All World ex-US (VEU) | | None | J | T | | | | | |
| 72. -Fidelity Government Cash Reserves (FDRXX) | A | Interest | J | T | | | | | |
| 73. Brokerage Account #3 (H) | | | | | | | | | |
| 74. -iShares Core S&P Total US Stock Market (ITOT) | | None | J | T | | | | | |
| 75. -Vanguard All World ex-US (VEU | | None | J | T | | | | | |
| 76. -Fidelity Cash Fund (FCASH) | A | Interest | J | T | | | | | |
| 77. Variable Annuity (H) #1 | | | | | | | | | |
| 78. -Nationwide Destination B2 American NVIT Growth & Income | | None | K | T | | | | | |
| 79. -Nationwide Destination B2 American NVIT Asset Allocation | | None | K | T | | | | | |
| 80. -Nationwide Destination B2 American NVIT Bond | | None | K | T | | | | | |
| 81. Variable Annuity #2 (H) | | | | | | | | | |
| 82. -Nationwide Destination B2 American NVIT Growth & Income | | None | M | T | | | | | |
| 83. -Nationwide Destination B2 American NVIT Asset Allocation | | None | M | T | | | | | |
| 84. -Nationwide Destination B2 American NVIT Bond | | None | M | T | | | | | |
| 85. Variable Annuity #3 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 01/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Fidelity Life PRA Index 500 | | None | L | T | | | | | |
| 87. -Fidelity Life PRA Investment Grade Bond | | None | K | T | | | | | |
| 88. -Fidelity Life PRA Overseas | | None | J | T | | | | | |
| 89. 401k #1 (H) | | | | | | | | | |
| 90. -Vanguard Instl Index I (VINIX) | D | Dividend | O | T | | | | | |
| 91. -Dodge and Cox Stock (DODGX) | C | Dividend | N | T | | | | | |
| 92. | B | Distribution | | | | | | | |
| 93. -American Growth Fund of America R6 (RGAGX) | | None | N | T | | | | | |
| 94. -Harbor International Instl (HAINX) | | None | N | T | | | | | |
| 95. 401k #2 (H) | | | | | | | | | |
| 96. -Vanguard Instl Index I (VINIX) | D | Dividend | N | T | | | | | |
| 97. -Dodge and Cox Stock (DODGX) | B | Dividend | M | T | | | | | |
| 98. | A | Distribution | | | | | | | |
| 99. -American Growth Fund of America R6 (RGAGX) | | None | M | T | | | | | |
| 100. -Harbor International Instl (HAINX) | | None | M | T | | | | | |
| 101. Bank Account #1 (H) | | | | | | | | | |
| 102. Regions Bank | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 01/03/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Bank Account #2 (H) | | | | | | | | | |
| 104.  ASI Federal Credit Union | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 01/03/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

No assets are reportable relative to the position of executor listed in Part I.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janis van Meerveld**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544